COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BARRY F. MILLER and MARIA J. MILLER, | § | |
| | § | No. 08-10-00045-CV |
| Appellants, | § | Appeal from |
| v. | § | 120th District Court |
| SUNNY VIEW, LLC, VIEW POINT ACREAGE, LLC, BELLA VISTA CUSTOM HOMES, INC., ANDRES E. TELLES D/B/A ATCON ENGINEERING & SURVEYING, and LANDAMERICA LAWYERS TITLE OF EL PASO, | § | of El Paso County, Texas |
| | § | (TC # 2007-2515) |
| | § | |
| Appellees. | § | |
| | § | |

**MEMORANDUM OPINION**

Pending before the Court is the joint motion of Appellants, Barry F. Miller and Maria J. Miller, and Appellees, Sunny View, LLC, View Point Acreage, LLC, Bella Vista Custom Homes, Inc., and Andres E. Telles d/b/a Atcon Engineering & Surveying, to dismiss a portion of the appeal pursuant to TEX.R.APP.P. 42.1 because the parties have reached a partial settlement. These parties have agreed to dismiss the appeal concerning all claims by and between them. The Millers intend to continue their appeal of an order granting summary judgment in favor of LandAmerica Lawyers Title of El Paso. We grant the motion and dismiss the portion of the appeal concerning the settling parties. Pursuant to the parties' agreement, we assess costs against the party incurring same. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

Due to the partial dismissal, it is necessary to restyle the appeal. The appeal will proceed in the same cause number as *Barry F. Miller and Maria J. Miller v. LandAmerica Lawyers Title of*

*El Paso.*

July 30, 2010

_____
ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.
Rivera, J., not participating